

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2019

No. 04-19-00334-CV

**IN RE** Jamie **BRICE**

Original Mandamus Proceeding[1]

**ORDER**

On May 21, 2019, Relator filed a petition for writ of mandamus, the Real Party in Interest responded, Relator replied, and the Real Party in Interest filed a sur-response. After reviewing the petition, response, reply, sur-response, and record, we conclude Relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

We ORDER the Honorable Ron Carr to (1) vacate the May 17, 2019 "Order Denying Respondent's Plea to the Jurisdiction"; (2) vacate the May 17, 2019 "Temporary Orders in Suit Affecting the Parent-Child Relationship"; and (3) render an order granting "Respondent's Plea to the Jurisdiction" that dismisses for want of jurisdiction Real Party in Interest's original petition in her suit affecting the parent-child relationship.

The writ will issue only if the trial court fails to comply this order within fifteen days from the date of this opinion and order.

It is so **ORDERED** on August 7, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-3513-DC, styled *In the Interest of K.M.S. and B.D.S., Children*, pending in the 38th Judicial District Court, Real County, Texas, the Honorable Ron Carr presiding.